UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT EMERSON EVATT,

           Plaintiff,

  v.

PAUL SIMBECK, *et al*.

           Defendants.

CASE NO. 3:24-cv-05772-TMC-GJL

ORDER TO SHOW CAUSE

The District Court has referred this prisoner civil rights action filed pursuant to 42 U.S.C. § 1983 to United States Magistrate Grady J. Leupold. Plaintiff Scott Emerson Evatt, proceeding *pro se*, initiated this action on September 13, 2024, by filing an incomplete Application to Proceed *In Forma Pauperis* ("IFP") and a Proposed Complaint. Dkts. 1, 1-1. Because Plaintiff did not submit a certified copy of his Prison Trust Account Statement with his IFP Application, the Clerk of Court notified him of his filing deficiencies and informed him that failure pay the filing fee or submit a completed IFP Application by **October 15, 2024**, could result in **DISMISSAL** of his action. Dkt. 3. That deadline has elapsed with no filing fee or completed IFP Application received from Plaintiff.

ORDER TO SHOW CAUSE - 1

Accordingly, if Plaintiff intends to proceed in this action, he must accomplish one of the following on or before **November 18, 2024**:

1. File a complete IFP Application including a certified copy of his Prison Trust Account Statement;

2. Show cause why he cannot file a complete IFP application by that date; or

3. Pay the $405.00 filing fee.

If Plaintiff fails to accomplish one of the above requirements by the stated deadline, the undersigned will recommend this action be **DISMISSED** for failure to properly prosecute and for failure to comply with a court order. The Clerk of Court is directed to send Plaintiff a copy of the Notice of Filing Deficiency along with this Order.

Dated this 18th day of October, 2024.

Grady J. Leupold
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2