UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT EMERSON EVATT,<br><br>              Plaintiff,<br>   v.<br><br>PAUL SIMBECK, *et al*.,<br><br>             Defendants. | CASE NO. 3:24-cv-05772-TMC-GJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     This action is dismissed without prejudice for failure to comply with a court order and failure to properly prosecute.

(3)     The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

**DATED** this 17th day of March, 2025.

TIFFANY M. CARTWRIGHT
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1